UNITED STATES DISTRICT COURT
DISTRICT OF EASTERN MASSACHUSETTS

---

Texas Guaranteed Student Loan Corporation,

    Plaintiff

v.

Law Offices of Peter T. Clark, P.C.,

    Defendant

Civil Case No.

---

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 the plaintiff, Texas Guaranteed Student Loan Corporation ("Plaintiff"), hereby makes the following disclosures:

1. The Plaintiff does not have a parent corporation.
2. No publicly held company owns 10% or more of the Plaintiff's stock.

Respectfully submitted,
Texas Guaranteed Student Loan Corporation,

/s/ John F. White
John F. White, Esq. BBO# 558367
jwhite@topbev.com
Lipman & White
171 Rockland Street, Ste. 201
Hanover, MA 02339
Tel. (617) 328-5600

Dated:   September 7, 2016